IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATTON BRADLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:11-cv-247-PMF |
| MOORMAN FARMS, INC., et. al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**  This matter is before the Court on Plaintiff's Motion for Voluntary Dismissal with Prejudice filed on September 10, 2012.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 12, 2012, this case is **DISMISSED** with prejudice.

DATED:  September 12, 2012.         NANCY J. ROSENSTENGEL, CLERK

                                  By: s/Karen R. Metheney
                                       Deputy Clerk


APPROVED:

/s/ *Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE